# **Exhibit A**

| Transferee/Creditor | Transferor/Debtor | Date of Transfer | Amount of Transfer | Reason for Payment or Transfer/ Relationship to Debtor |
|---|---|---|---|---|
| Sirius Computer Solutions Inc. P.O. Box 202289 Dallas, TX 75320-2289 | Christmas Tree Shops LLC | 2/24/2023 | $32,779.58 | Services |
| Sirius Computer Solutions Inc. P.O. Box 202289 Dallas, TX 75320-2289 | Christmas Tree Shops LLC | 3/10/2023 | $32,783.14 | Services |
| Sirius Computer Solutions Inc. P.O. Box 202289 Dallas, TX 75320-2289 | Christmas Tree Shops LLC | 3/17/2023 | $35,325.30 | Services |
| Sirius Computer Solutions Inc. P.O. Box 202289 Dallas, TX 75320-2289 | Christmas Tree Shops LLC | 3/30/2023 | $32,781.79 | Services |
| Sirius Computer Solutions Inc. P.O. Box 202289 Dallas, TX 75320-2289 | Christmas Tree Shops LLC | 5/2/2023 | $10,000.00 | Services |
| **Total** | | | **$143,669.81** | |