# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, et al.,<br><br>　　　　　Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SIRIUS COMPUTER SOLUTIONS, LLC,<br><br>　　　　　Defendant. | Adv. Proc. No. 25-50864 (TMH) |

## CERTIFICATE OF SERVICE

I, Lucian Murley, hereby certify that on December 22, 2025, I served or caused to be served a copy of the *Answer with Affirmative Defenses to First Amended Complaint for Avoidance and Recovery of Preferential Transfers Pursuant to 11 U.S.C. §§ 547 and 550* upon the persons listed on the attached service list via Electronic Mail.

　　　　　　　　　　　　　　　　　　　　　*/s/ Lucian B. Murley*
　　　　　　　　　　　　　　　　　　　　　Lucian B. Murley (DE Bar No. 4892)
　　　　　　　　　　　　　　　　　　　　　Monique B. DiSabatino (DE Bar No. 6027)
　　　　　　　　　　　　　　　　　　　　　SAUL EWING LLP
　　　　　　　　　　　　　　　　　　　　　1201 N. Market Street, Suite 2300
　　　　　　　　　　　　　　　　　　　　　P.O. Box 1266
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　　　　　　(302) 421-6800

Dated:  December 22, 2025

8

56937430.3

## SERVICE LIST

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.